AB:BLW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL COMPLAINT TO THE NORTHERN DISTRICT OF GEORGIA |
| - against - | |
| NUIVAL VASQUEZ<br>    also known as Envy Caine, | (Fed. R. Crim. P. 5)<br><br>Case No. 21-M-882 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

James Fallon, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about July 14, 2021, the United States District Court for the Northern District of Georgia issued an arrest warrant commanding the arrest of the defendant NUIVAL VASQUEZ for a violation of Title 18, United States Code, Section 922(g)(1) (unlawful transportation of a firearm).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  On or about July 14, 2021, the United States District Court for the Northern District of Georgia issued an arrest warrant commanding the arrest of the defendant NUIVAL VASQUEZ, also known as "Envy Caine," for a violation of Title 18, United States

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Code, Section 922(g) (unlawful transportation of a firearm). A true and correct copy of the indictment and arrest warrant, as well as the Order unsealing both, is attached hereto as Exhibit A.

2. Based on a search of law enforcement databases, I understand VASQUEZ was ordered to appear in state court in Queens County at 9:30 a.m. on July 29, 2021. That court appearance was ultimately converted to a virtual appearance.

3. On July 31, 2021 at approximately 7:00 p.m., VASQUEZ was arrested by the New York City Police Department ("NYPD") in the vicinity of the Ebbets Field Apartments, located at 1720 Bedford Avenue, Brooklyn, New York 11225. At the time of the arrest, the NYPD officers identified themselves as police and VASQUEZ identified himself to the police officers as "Nuival Vasquez." VASQUEZ then proceeded to spell his full name ("NUIVAL VASQUEZ") letter by letter.

4. At the time of the arrest, NYPD officers asked VASQUEZ for his date of birth and VASQUEZ provided his date of birth, which matched the date of birth for the NUIVAL VASQUEZ whose arrest warrant was issued on July 14, 2021 in the Northern District of Georgia, and which I know to be VASQUEZ's date of birth based upon a review of law enforcement records.

5. At the time of the arrest, NYPD officers took VASQUEZ's driver's permit, which identified him as "Nuival Vasquez." The date of birth on the driver's permit matched the date of birth for the NUIVAL VASQUEZ whose arrest warrant was issued on July 14, 2021 in the Northern District of Georgia, and which I know to be VASQUEZ's date of birth based upon a review of law enforcement records.

6.      Based on the foregoing, I submit that there is probable cause to believe that the defendant is the NUIVAL VASQUEZ wanted in the Northern District of Georgia.

WHEREFORE, your deponent respectfully requests that the defendant NUIVAL VASQUEZ be removed to the Northern District of Georgia so that he may be dealt with according to law.

_____
James Fallon
Special Agent
Federal Bureau of Investigation

Sworn to before me by reliable electronic means this
2nd day of August, 2021

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CULTURE BERMUDEZ, AND<br>NUIVAL VASQUEZ | Criminal Action No.<br><br>1:21-CR-261 |

**Order**

Having read and considered the government's Motion to Unseal Case and application and for good cause shown,

It is hereby ORDERED that the Indictment, arrest warrants, and all other documents already filed in the above-referenced case be unsealed.

SO ORDERED this  1st  day of  August , 20 21 .

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:
Theodore S. Hertzberg, Assistant United States Attorney



FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 1 3 2021

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CULTURE BERMUDEZ AKA
"COACH DA GHOST" AND
NUIVAL VASQUEZ AKA "ENVY
CAINE"

Criminal Indictment
No. 1:2      261

UNDER SEAL

THE GRAND JURY CHARGES THAT:

### Count 1

On or about August 24, 2020, in the Northern District of Georgia, the defendant, CULTURE BERMUDEZ aka "COACH DA GHOST", knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including at least one of the following:

- Assault in the first degree: intent to cause serious injury with a weapon on or about August 3, 2015, in the Supreme Court of Kings County, New York;
- Criminal possession of a loaded firearm, on or about July 25, 2011, in the Supreme Court of Kings County, New York; and
- Attempted assault in the first degree to cause serious injury with a weapon on or about July 25, 2011, in the Supreme Court of Kings County, New York;

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, an Arsenal SAM7K 7.62 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about August 24, 2020, in the Northern District of Georgia, the defendant, NUIVAL VASQUEZ aka "ENVY CAINE", knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including at least one of the following:

- Attempted criminal possession of a weapon, in the second degree, on or about September 25, 2012, in the Supreme Court of Kings County, New York

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is, a Mossberg Model 88, 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

Upon conviction of the offense alleged in this Indictment, the defendants, CULTURE BERMUDEZ and NUIVAL VAZQUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offense alleged.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

MATT CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3

AO 442 (12/85) Warrant for Arrest

Fid: 9903331

 **SEALED**   **UNITED STATES DISTRICT COURT**   **COPY**
**NORTHERN DISTRICT OF GEORGIA**

| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
|---|---|
| v. | |
| NUIVAL VASQUEZ, a/k/a Envy Caine, | |
| **AGENT TO ARREST** | CASE NO. 1:21-CR-0261 |

To:  The United States Marshal
and any Authorized United States Officer

    **YOU ARE HEREBY COMMANDED** to arrest NUIVAL VASQUEZ, a/k/a Envy Caine, and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  Unlawful transport of firearm

in violation of **Title 18, United States Code, Section(s) 922 (g)(1)**

| KEVIN P. WEIMER | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | July 14, 2021 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____  By: _____
                                                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____   Name and Title of Arresting Officer

Date of Arrest: _____   Signature of Arresting Officer

# CLASS II WARRANT INFORMATION SHEET

**NOTE**: Deliver all original arrest warrants to U.S. Marshal, N/GA only. The Clerk shall not issue copies of arrest warrants, whether certified or not, to any law enforcement agency. Any law enforcement agency in need of copies shall obtain them from the U.S. Marshals' Office.

**Identifying Data of Defendant:**

NAME: Nuvial Vasquez

ALIAS: Envy Caine

ADDRESS:

SEX: Male

RACE: Black

HEIGHT: 6'3"

WEIGHT: 200

DOB: July 22, 1993

SSN#:

FBI#: 951745EH8

AGENCY: Federal Bureau of Investigation

    AGENT: Jason Cleary

    AGENT EMAIL: jlcleary@fbi.gov

    AGENT CONTACT #: (770) 216-3082

AUSA: Matthew S. Carrico

*All executed arrest warrants shall be returned to the U.S. Marshal